Andrew W. Hutton (172033)
 drew@law-hutton.com
HUTTON LAW GROUP
12671 High Bluff Drive, Suite 130
San Diego, CA  92130
Telephone:   (858) 793-3500
Facsimile:    (858) 793-3501

Timothy J. Tatro (175633)
 tim@tatrozamoyski.com
Peter A. Zamoyski (185579)
 peter@tatrozamoyski.com
TATRO & ZAMOYSKI, LLP
12760 High Bluff Drive, Suite 210
San Diego, CA 92130
Telephone:   (858) 244-5032
Facsimile:    (858) 847-0032

Attorneys for Plaintiff(s)

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernest O. Abbit, on behalf of himself and on behalf of all persons similarly situates,<br><br>          Plaintiff,<br>v.<br><br>ING USA Annuity and Life Insurance Company, and ING U.S., Inc.<br>          Defendants. | Case No. 13-CV-2310-GPC(WVG)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND APPOINTMENT OF CLASS COUNSEL**<br><br>DATE:    June 19, 2015<br>TIME:     1:30 p.m.<br>JUDGE:  Honorable Gonzalo P. Curiel<br>CTRM:   2D (2nd Floor - Schwartz) |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that Plaintiff's Motion for Class Certification will be heard on June 19, 2015 at 1:30 pm. in Courtroom 2D on the 2nd Floor of the United States Courthouse, 221 West Broadway, San Diego, California, 92101, before the Honorable Judge Gonzalo P. Curiel.

## MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure, Rule 23, Plaintiff Ernest O. Abbit ("Plaintiff") hereby respectfully moves this Court for an order certifying the following proposed classes, or such other classes as the Court determines are just, appropriate, for purposes of pursuing his claims relating to Defendants ING USA Life and Annuity Co. and ING U.S., Inc.'s abusive design, execution, and pricing of an undisclosed options/derivatives/hedging structure that was secretly embedded into Fixed Index Annuities marketed and sold to the general public, and caused the proposed classes to overpay Defendants for their annuities.

**I.   PROPOSED MULTI-STATE CLASS**

With respect to Plaintiff's claims for breach of contract (Count 1), Plaintiff seeks certification of the following Multi-State class: All persons or entities that, when a resident of either the state of California, Florida, Illinois, Pennsylvania, or Texas purchased a Secure Index fixed index annuity contract from ING USA Annuity and Life Insurance Company within the applicable statute of limitations.

**II.  PROPOSED CALIFORNIA CLASSES**

In addition to Count 1 above, and as to Plaintiff's California claims for breach of implied covenant of good faith and fair dealing (Count 2), breach of fiduciary duty (Count 3), fraud (Count 5), violations of California Bus. & Prof. Code §§ 17200, *et seq*. and §§ 17500, *et seq*. (Counts 6 and 7), and violations of California Securities Laws (Counts 9 and 10), Plaintiff seeks certification of the following class:

    a.    The California Class: All person or entities that, when a

resident of California, purchased a Secure Index fixed index annuity contract from ING USA Annuity and Life Insurance Company within the applicable statute of limitations.

In addition, as to Plaintiff's claims for violations of California Welf. & Inst. Code §§ 15600, *et seq.* (Count 4), Plaintiff seeks certification of the following California sub-class:

      b.    <u>The California Seniors Subclass</u>: All members of the California Class that were age 65 or older on the date of purchase.

## III. APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

Plaintiff seeks an order to be appointed the Class Representative for the above classes and subclass, and to appoint Hutton Law Group and Tatro & Zamoyski, LLP as Class Counsel for the above classes and subclass, or other such classes as the Court determines are appropriate.

This Motion is based on the points and authorities cited in Plaintiff's accompanying memorandum, the contemporaneously-filed declaration of Andrew W. Hutton, all exhibits attached thereto; Plaintiff's First Amended Complaint (Docket No. 20); the arguments of counsel; Plaintiff's forthcoming reply brief and any accompanying papers; and all files, records, and proceedings in this matter.

DATED:  March 27, 2014        **HUTTON LAW GROUP**

                                            By: <u>/s/ *Andrew W. Hutton*</u>
                                            ANDREW W. HUTTON
                                            12671 High Bluff Drive, Suite 130
                                            San Diego, CA  92130
                                            Telephone:  (858) 793-3500
                                            Facsimile:   (858) 793-3501
                                              drew@law-hutton.com

                                            **TATRO & ZAMOYSKI, LLP**

                                            By: <u>/s/ *Timothy J. Tatro*</u>
                                            TIMOTHY J. TATRO

1
2
3
4
5
6

PETER A. ZAMOYSKI
12760 High Bluff Drive, Suite 210
San Diego, CA 92130
Telephone: (858) 244-5032
Facsimile: (858) 847-0032
  tim@tatrozamoyski.com
  peter@tatrozamoyski.com

Attorneys for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28